# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| PROBUILDERS SPECIALTY INS. CO., RRG,<br><br>    Plaintiff,<br><br>vs.<br><br>HUNTER INS. SERVICES, INC., et al.,<br><br>    Defendants. | Case No. 2:11-cv-01466-KJD-PAL<br><br>**ORDER**<br><br>(App to Remove Counsel - Dkt. #12) |

This matter is before the court on an *Ex Parte* Application for Order Removing John H. Podesta as Counsel for Plaintiff filed October 18, 2011. It seeks to remove John H. Podesta as attorney for Plaintiff Probuilders Specialty Insurance Company, RRG, this matter. The Application represents that Mr. Podesta has withdrawn as a partner from the Branson, Binkrop, Griffith & Strong, LLP, law firm, and that Harry A. Griffith and Michele O. Blais have been approved for *pro hac vice* status and will continue to represent Plaintiff. Additionally, Mark Schellerup will continue as local counsel for Plaintiff.

Having reviewed and considered the matter, and for good cause shown,

**IT IS ORDERED** that the *Ex Parte* Application for Order Removing John H. Podesta as Counsel for Plaintiff (Dkt. #12) is GRANTED. The Clerk of Court shall remove Mr. Podesta as counsel of record and from the electronic service list in this case. Plaintiff shall continue to be represented by Harry A. Griffith, Michele O. Blais, and Mark Schellerup.

Dated this 24th day of October, 2011.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE