MICHELE O. BLAIS, ESQ. [CA SB NO. 157132] Admitted *PRO HAC VICE*
BRANSON, BRINKOP, GRIFFITH & STRONG, LLP
643 Bair Island Road, Suite 400
Redwood City, CA 94063
Telephone: (650) 365-7710
Facsimile: (650) 365-7981

MARK B. SCHELLERUP, ESQ. [NV SB NO. 7170]
ROBINSON & WOOD
5556 S. For Apache Rd., Ste. 100
Las Vegas, NV 89148
Telephone: (702) 363-5100

Attorneys for Plaintiff, PROBUILDERS SPECIALTY INSURANCE COMPANY, RRG

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PROBUILDERS SPECIALTY INSURANCE COMPANY, RRG, a District of Columbia Company,<br><br>Plaintiff,<br>vs.<br><br>HUNTER INSURANCE SERVICES, INC., a California Corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No:   2:11-cv-01466  KJD PAL<br><br>**AMENDED**<br>JOINT DISCOVERY PLAN AND SCHEDULING ORDER; SPECIAL SCHEDULING REVIEW REQUESTED<br><br>Complaint Filed:   September 12, 2011<br>Discovery Cut-Off:   None<br>Motion Cut-Off:   None<br>Trial Date:   None |

Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure ("FRCP") and Local Rule 26-1, Plaintiff PROBUILDERS SPECIALTY INSURANCE COMPANY, RRG ("Plaintiff" or "PROBUILDERS") and Defendant, HUNTER INSURANCE SERVICES ("Defendant" or "HUNTER"), by and through their respective counsel of record, hereby submit this Amended Joint Discovery Plan and Scheduling Order.

Special Scheduling Review is requested because there is a related, underlying matter in California Superior Court, County of Riverside, *ProBuilders Insurance Services, RRG v. Jose Luis*

*Cardenas, et al.*, Case No. INC 060947. This matter was tried earlier this year, and a motion for judgment was filed and heard on March 29, 2012. The parties are currently awaiting a ruling on the motion for judgment. If the court denies the motion, the parties must return to court and address damages. Should this happen, the damages being claimed by Plaintiff in this action will be affected.

## I.
## SUPPLEMENTAL DISCLOSURES [Rule 26(e)]

Plaintiff and Defendant have exchanged initial disclosures. The parties will supplement those disclosures, if necessary, including advising of additional witnesses, documents or categories of documents available for inspection and copying, and categories of damages. Defendant will identify and provide copies of all insurance policies that may satisfy part of a judgment in this action, if granted.

## II.
## POTENTIAL WITNESSES [Fed. R. Civ. P. 26(a)(1)(A)]

The parties submit this disclosure statement pursuant to Rule 26 of the Federal Rules of Civil Procedure. Pursuant to Fed. R. Civ. P. 26(e), the parties reserve their right to supplement the disclosures made herein as discovery continues.

1. PMK of Hunter Insurance Services, Inc.
   c/o Murchison & Cumming, LLP
   Michael J. Nuñez, Esq.
   6900 Westcliff Drive, Suite 605
   Las Vegas, Nevada 89145

Person Most Knowledgeable is expected to testify as to the facts and circumstances surrounding the alleged incident which is the subject of this lawsuit.

2. Angela White
   c/o Murchison & Cumming, LLP
   Michael J. Nuñez, Esq.
   6900 Westcliff Drive, Suite 605
   Las Vegas, Nevada 89145

Ms. White is expected to testify as to the facts and circumstances surrounding the alleged incident which is the subject of this lawsuit.

3. Mark Hunter
c/o Murchison & Cumming, LLP
Michael J. Nuñez, Esq.
6900 Westcliff Drive, Suite 605
Las Vegas, Nevada 89145

Mr. Hunter is expected to testify as to the facts and circumstances surrounding the alleged incident which is the subject of this lawsuit.

4. PMK of ProBuilders Specialty Insurance Services, RRG

c/o Branson Brinkop Griffith & Strong, LLP
Michele O. Blais, Esq.
643 Bair Island Rd., Suite 400
Redwood City, CA 94063

PMK for ProBuilders Specialty Insurance Services, is expected to testify as to the facts and circumstances surrounding the alleged incident which is the subject of this lawsuit.

5. All witnesses disclosed by any other party.

Discovery is continuing and, therefore, the parties reserve the right to supplement this disclosure as additional facts are discovered.

### III.

### DOCUMENTS [Fed. R. Civ. P. 26(a)(1)(A)]

The parties will make available those non-privileged, relevant documents that are in their possession, custody or control.

### IV.

### DISCOVERY PLAN [Rule 26(f)(3)(B)]

There is an underlying state court action which has not yet resolved. Due to that underlying action, limited discovery is anticipated in this action, as the parties already have a significant amount of information.

A. Discovery Cut-Off LR 26-1(e)(1): October 31, 2012

///
///
///

AMENDED JOINT DISCOVERY PLAN AND SCHEDULING ORDER; Case No. 2:11-cv-01466 KJD PAL
SPECIAL SCHEDULING REVIEW REQUESTED

## V.

## DISCLOSURE OR DISCOVERY OF ELECTRONICALLY-STORED INFORMATION

## [FRCP 26(f)(3)(C)]

The parties are unaware of any issues regarding the disclosure or discovery of electronically-stored information at this point.

## VI.

## CLAIMS OF PRIVILEGE OR PROTECTION [FRCP 26(f)]

The parties are unaware of any issues requiring a protective order at this time.

## VII.

## APPLICABLE DEADLINES

## [LR 26-1]

| | | | |
|---|---|---|---|
| A. | Amending pleadings and adding parties | | August 3, 2012 |
| B. | Expert disclosures | | |
| | 1. | Initial Expert Disclosures: | July 30, 2012 |
| | 2. | Rebuttal Expert Disclosures: | August 29, 2012 |
| C. | Discovery Cut-Off [LR 26-1(e)(1)]: | | October 31, 2012 |
| D. | Dispositive Motions [LR 26-1(e)(4)]: | | November 30, 2012 |
| E. | Joint Pre-Trial Order [LR 26-1(e)(5)] | | December 30, 2012 |

Dated: May 7, 2012

MURCHISON & CUMMING, LLP


By: _____/s/_____
Michael J. Nuñez, Esq.
Nevada Bar No. 10307
6900 Westcliff Drive, Suite 605
Las Vegas, Nevada 89145
Attorneys for Hunter Insurance Service, Inc.

///

///

BRANSON BRINKOP GRIFFITH & STRONG LLP
643 BAIR ISLAND ROAD, SUITE 400
REDWOOD CITY, CALIFORNIA 94063
TELEPHONE (650) 365-7710

Dated: May 7, 2012                                   BRANSON BRINKOP GRIFFITH & STRONG, LLP

By: _____/s/_____
Michele O. Blais, Esq.
California Bar No. 157132
643 Bair Island Rd., Suite 400
Redwood City, CA 94063
Attorneys for ProBuilders Specialty Insurance
Services, RRG

## ORDER

IT IS ORDERED that the parties' [25] Amended Joint Discovery Plan and Scheduling Order; Special Scheduling Review Requested, is DENIED. Counsel shall submit either a status report indicating when this matter will be dismissed or a discovery plan and scheduling order within 14 days of a decision in the underlying state court action which counsel advised this court during the 5/08/12 hearing is expected in no longer than 60 days.

DATED this 14th day of May, 2012.

_____
Peggy A. Leen
United States Magistrate Judge