```
VDSM
MICHELE O. BLAIS, ESQ. [SB NO. 157132]
BRANSON, BRINKOP, GRIFFITH & STRONG, LLP
643 Bair Island Road, Suite 400
Redwood City, CA  94063
Telephone:  (650) 365-7710
Facsimile:   (650) 365-7981

MARK B. SCHELLERUP, ESQ. [SBN 7170]
ROBINSON & WOOD
5556 S. Fort Apache Rd., Suite 100
Las Vegas, NV  89148
Telephone: (702) 363-5100
```

Attorneys for Plaintiff, PROBUILDERS SPECIALTY INSURANCE COMPANY, RRG

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PROBUILDERS SPECIALTY INSURANCE COMPANY, RRG, a District of Columbia Company, <br><br> Plaintiff, <br> vs. <br><br> HUNTER INSURANCE SERVICES, INC., a California Corporation; and DOES 1 through 10, inclusive, <br><br> Defendants. | CASE NO.:   2:11-cv-01466 KJD PAL <br><br> STIPULATION FOR VOLUNTARY DISMISSAL |

Pursuant to F.R.C.P. 41, Plaintiff ProBuilders Specialty Insurance Company, RRG ("ProBuilders"), and Defendant Hunter Insurance Services, Inc. ("Hunter"), have agreed and hereby stipulate to the dismissal of Hunter from ProBuilders' Complaint, with prejudice, subject to

1

STIPULATION FOR VOLUNTARY DISMISSAL

| | |
|---|---|
| 1 | said parties' mutual waiver of costs. |
| 2 | **IT IS SO STIPULATED.** |
| 3 | |
| 4 | Dated: March 20, 2013    BRANSON, BRINKOP, GRIFFITH & STRONG, LLP |
| 5 | |
| 6 | By: *M. O. Blais* |
| 7 | MICHELE O. BLAIS, ESQ.<br>Attorney for Plaintiff |
| 8 | PROBUILDERS SPECIALTY INSURANCE COMPANY, RRG |
| 9 | |
| 10 | Dated: March 27, 2013    MURCHISON & CUMMING, LLP |

By: _____
MICHAEL J. NUNEZ, ESQ.
Attorney for Defendant
HUNTER INSURANCE SERVICES, INC.

IT IS SO ORDERED:

_____
KENT J. DAWSON, U.S. District Judge

Date: April 9, 2013

2

STIPULATION FOR VOLUNTARY DISMISSAL