```
VDSM
MICHELE O. BLAIS, ESQ. [SB NO. 157132]
BRANSON, BRINKOP, GRIFFITH & STRONG, LLP
643 Bair Island Road, Suite 400
Redwood City, CA 94063
Telephone: (650) 365-7710
Facsimile: (650) 365-7981

MARK B. SCHELLERUP, ESQ. [SBN 7170]
ROBINSON & WOOD
5556 S. Fort Apache Rd., Suite 100
Las Vegas, NV 89148
Telephone: (702) 363-5100
```

Attorneys for Plaintiff, PROBUILDERS SPECIALTY INSURANCE COMPANY, RRG

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PROBUILDERS SPECIALTY INSURANCE COMPANY, RRG, a District of Columbia Company,<br><br>Plaintiff,<br><br>vs.<br><br>HUNTER INSURANCE SERVICES, INC., a California Corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.: 2:11-cv-01466 KJD PAL<br><br>STIPULATION FOR VOLUNTARY DISMISSAL |

Pursuant to F.R.C.P. 41, Plaintiff ProBuilders Specialty Insurance Company, RRG ("ProBuilders"), and Defendant Hunter Insurance Services, Inc. ("Hunter"), have agreed and hereby stipulate to the dismissal of Hunter from ProBuilders' Complaint, with prejudice, subject to

1

1 said parties' mutual waiver of costs.
2     **IT IS SO STIPULATED.**
3
4 Dated: March 20, 2013      BRANSON, BRINKOP, GRIFFITH & STRONG, LLP
5
6      By: *M. O. Blais*
7      MICHELE O. BLAIS, ESQ.
     Attorney for Plaintiff
     PROBUILDERS SPECIALTY INSURANCE
8      COMPANY, RRG
9
10 Dated: March 27, 2013      MURCHISON & CUMMING, LLP
11
12      By: _____
13      MICHAEL J. NUNEZ, ESQ.
     Attorney for Defendant
14      HUNTER INSURANCE SERVICES, INC.
15
16
17      IT IS SO ORDERED:
18
19
20      KENT J. DAWSON, U.S. District Judge
21
22      Date: April 9, 2013

BRANSON BRINKOP GRIFFITH & STRONG LLP
843 BAIR ISLAND ROAD, SUITE 400
REDWOOD CITY, CALIFORNIA 94063
TELEPHONE (650) 365-7710

2

STIPULATION FOR VOLUNTARY DISMISSAL